CUMMINS ENGINE COMPANY, Inc., Appellant,

v.

GENERAL MOTORS CORPORATION and McCall-Boykin Truck, Inc., Appellees.

No. 13718.

United States Court of Appeals, Fourth Circuit.

Argued April 9, 1970.

Decided May 21, 1970.

Richard Russell Wolfe, Chicago, Ill. (Berton Scott Sheppard, and Wolfe, Hubbard, Voit & Osann, Chicago, Ill., Norwood B. Orrick, and Venable, Baetjer & Howard, Baltimore, Md., on the brief), for appellant.

Arthur Raisch, Detroit, Mich. (Barnes, Kisselle, Raisch & Choate, Detroit, Mich., Alfred C. Aurich, Philadelphia, Pa., John W. Avirett, 2d, and Piper & Marbury, Baltimore, Md., on the brief), for appellees.

Before SOBELOFF, BRYAN and CRAVEN, Circuit Judges.

PER CURIAM:

The court, after careful consideration of the briefs, and oral arguments, affirms on the able and exhaustive opinion of the District Judge. 299 F.Supp. 59 (1969).

Affirmed.

Bert W. MARTIN & Ada L. Martin, Petitioners-Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.

No. 24528.

United States Court of Appeals, Ninth Circuit.

May 19, 1970.

Warren Charles Seieroe (argued), Richard E. Murphy, Jr., of McDermott, Will & Emery, Chicago, Ill., for appellant.

Robert I. Waxman (argued), Atty., Dept. of Justice, Johnnie M. Walters, Asst. Atty. Gen., Tax Division, K. Martin Worthy, Chief Counsel, Internal Revenue Service, Washington, D. C., for appellee.

Before DUNIWAY and ELY, Circuit Judges, and BYRNE, District Judge.*

PER CURIAM:

The decision of the Tax Court is affirmed on the authority of United States v. Hoffman, 9 Cir., 1970, 423 F.2d 1217. See also Stratmore v. United States, 3 Cir., 1970, 420 F.2d 461.

* Honorable William M. Byrne, United States District Judge, Central District of California, sitting by designation.